522 A.2d 1050

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**Richard MONTIGINY, Petitioner.**

Supreme Court of Pennsylvania.

March 3, 1987.

## ORDER OF COURT

PER CURIAM.

AND NOW, to-wit, this 3rd day of March, 1987, the Petition for Allowance of Appeal is GRANTED.

The Orders of Superior Court entered in this matter on July 28, 1986, and July 8, 1986, dismissing Petitioner's appeal to that Court for failure to file a brief are hereby VACATED.

This matter is hereby remanded to Superior Court for the purpose of permitting Petitioner to file his brief, and to proceed with his appeal in that Court.